IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00454-REB

MARK LEE WILKINSON,

    Petitioner,

v.

RAE TIMME, Warden at Fremont Correctional, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER FOR STATE COURT RECORD

After preliminary consideration of the Application for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254,

it is ORDERED that the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Petitioner's state court proceedings in Mesa County District Court case number 99CR1111, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.

It is FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

(1)    Clerk of the Court
        Mesa County District Court
        P.O. Box. 20000-5030
        Grand Junction, Colorado 81502;

    (2)    Assistant Solicitor General
           Appellate Division
           Office of the Attorney General
           1525 Sherman Street
           Denver, Colorado  80203; and

    (3)    Court Services Manager
           State Court Administrator's Office
           101 W. Colfax, Ste. 500
           Denver, Colorado  80202.

DATED May 4, 2011, at Denver, Colorado.

                              BY THE COURT:

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge