**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-00454-REB

MARK LEE WILKINSON,

    Petitioner,

v.

RAE TIMME, Warden at Fremont Correctional, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

**MINUTE ORDER**[1]

---

    The applicant's **Motion To Supplement Original Application For a Writ of Habeas Corpus Pursuant To 28 U.S.C. § 2254** [#16] filed June 20, 2011 is **DENIED WITHOUT PREJUDICE**. The court will not permit the applicant to assert new claims in a piecemeal fashion, as he attempts to do in this motion. Rather, if the applicant seeks to amend his application, he must include in any amended application all of the claims he wishes to assert in this case. Any amendment is governed by Rule 15 of the Federal Rules of Civil Procedure.

    Dated: June 24, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.