**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-00454-REB

MARK LEE WILKINSON,

    Applicant,

v.

RAE TIMME, Warden at Fremont Correctional, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER

**Blackburn, J.**

    This matter is before me on three motions filed ***pro se*** by Applicant Mark Lee Wilkinson on July 2, 2012, in connection with his Notice of Appeal. The "Prisoner's Motion and Affidavit for Leave to Proceed on appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action In Forma Pauperis" [#63][1] will be granted and Mr. Wilkinson will be allowed to proceed on appeal pursuant to 28 U.S.C. § 1915(a) without prepayment of fees or security therefor. The "Motion to Appoint Counsel to Perfect Appeal" [#59] will be denied without prejudice to being refiled in the United States Court of Appeals for the Tenth Circuit. The "Motion to Retain the Record Temporarily in the District Court for Use in Preparing the Appeal" [#60] will be denied.

---

[1] "[#63] is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the "Prisoner's Motion and Affidavit for Leave to Proceed on appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action In Forma Pauperis" [#63] is **GRANTED**;

2. That the "Motion to Appoint Counsel to Perfect Appeal" [#59] is **DENIED** without prejudice to being refiled in the United States Court of Appeals for the Tenth Circuit;

3. That the "Motion to Retain the Record Temporarily in the District Court for Use in Preparing the Appeal" [#60] is **DENIED**.

DATED at Denver, Colorado, July 3, 2012.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge